UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| HARLEY DUSTIN LEE STEVENS and | ) CASE NO. 18-09627-JJG-13 |
| EMILY MICHELLE STEVENS, | ) |
| | ) |
| DEBTOR. | |

TRUSTEE'S REPORT TO COURT

John M. Hauber, your trustee herein, having conducted the meeting of creditors is unable to recommend plan confirmation because:

____Objection to plan by creditor:

____Need ruling on Lift Motion filed by:

____Trustee is filing separate objection needing ruling by Court

____Trustee requests a confirmation hearing be set due to plan not being distributed to creditors prior to #341 meeting.

__X__Other:  Debtors filed an amended plan on January 26, 2019—trustee to review and will report to Court at a later date.

Based upon the above report, your trustee advises the Court that:

____An amendment will be filed within 30 days from the #341 hearing and will consist of amended plan Circulate to all parties of record.

____Debtor will file a motion to within days from #341

_X_ Debtor attempting to settle objections with trustee or creditors; hold further action until trustee advises within 30 days

____Set:    ____Confirmation Hearing    ____Other:

____Please set above:    ___As soon as a date is available;
                         ___Only after the claims bar date has run;
                         ___Other:

Respectfully submitted,

DATE:  February 11, 2019          /s/ John M. Hauber _____
                                   John M. Hauber, Trustee
                                   320 N. Meridian Street STE 200
                                   Indianapolis, IN  46204
                                   (317) 636-1062; (317) 636-1186 fax

DISTRIBUTION: U.S. TRUSTEE; CHAPTER 13 TRUSTEE (Hauber)