**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Harley Dustin Lee Stevens ) | CASE NUMBER: 18-09627-JJG-13 |
| Emily Michelle Stevens ) | |
| ) | |
| DEBTORS ) | |

## TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

Comes now John M. Hauber , trustee herein, objects to confirmation of the Amended Chapter 13 plan filed 4/9/19. In support of the Objection, the Trustee states as follows:

1. The plan fails to meet the "Best Interest of Creditors Test" of §1325(a)(4). The liquidation test may not be met if debtors received tax refunds for 2018. The trustee requests copies of the tax returns.

2. In order to verify the plan is funded, the trustee awaits a proof of claim from Prancer for the 2014 Chevy Traverse.

WHEREFORE, after notice and hearing, your trustee requests that confirmation to the above amended plan be denied.

Respectfully submitted,

Date: May 08, 2019

/s/ John M. Hauber
John M. Hauber, Trustee

P.O.BOX 441644
INDIANAPOLIS, IN 46244-1644

## **CERTIFICATE OF SERVICE**

      I hereby certify that on 05/08/2019, a copy of the foregoing Trustee's Objection to Confirmation of Amended Plan was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. The parties may access this filing through the Court's system.

    US Trustee                              LYNCH & BELCH
    ustpregion10.in.ecf@usdoj.gov      erin@lynchandbelch.com

      I further certify that on 05/08/2019, a copy of the foregoing Trustee's Objection to Confirmation of Amended Plan was mailed by US First-Class mail, postage prepaid and properly addressed to the following:

Harley Dustin Lee Stevens
Emily Michelle Stevens
727 S 9th Avenue
Beech Grove, IN   46107


                                                    /s/ John M. Hauber
                                                    John M. Hauber, Trustee

                                                    P.O.BOX 441644
                                                    INDIANAPOLIS, IN 46244-1644